No. 494. PROECHEL v. UNITED STATES. November 14, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *A. E. Proechel, pro se.* No appearance for the United States.

No. 438. HARTFORD-EMPIRE Co. v. NIVISON-WEISKOPF Co.;

No. 439. SAME v. KEARNS-GORSUCH BOTTLE Co.;

No. 440. SAME v. LAMB GLASS Co.; and

No. 443. LAMB GLASS Co. v. HARTFORD-EMPIRE Co. November 14, 1932. Petitions for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. William J. Belknap, Thomas G. Haight, Clarence P. Byrnes, Vernon M. Dorsey, Robson D. Brown,* and *John P. Bartlett* for Hartford-Empire Co. *Messrs. Drury W. Cooper* and *Allen C. Bakewell* for Lamb Glass Co. *Messrs. Charles Neave* and *Stephen H. Philbin* for Kearns-Gorsuch Bottle Co. No appearance for Nivison-Weiskopf Co.